UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH RENEE GUIHER,<br>　　　　Petitioner,<br>　　v.<br>W.Z. JENKINS, II, Warden,<br>　　　　Respondent. | Case No. 18-cv-01936-YGR (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On March 29, 2018, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On the same day the action was filed the Court sent a notification to Petitioner informing her that this action could not go forward until she paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk of the Court sent Petitioner a blank *in forma pauperis* application and told her that she must pay the fee or return the completed application within twenty-eight days or her action would be dismissed.

More than twenty-eight days have passed and Petitioner has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: May 23, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge